UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 13 CR 783 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| LEONEL MONARREZ ) | |

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

1. Have you or a member of your family or a close friend ever been investigated, charged, arrested, or convicted regarding any criminal offense, other than a minor traffic violation? If "yes," please indicate:

   a. the individual's relationship to you;

   b. the nature of the offense;

   c. the disposition of any charge(s).[1]

2. If you answered "yes" to the previous question, please state whether this experience left you with any strong feelings regarding law enforcement officers, prosecutors, defense attorneys, or the criminal justice system in general.

---

[1] Under 28 U.S.C. 1865 ("Qualifications for Jury Service"), anyone who "has a charge pending against him for the commission of, or has been convicted in a State or Federal court" of any felony is ineligible to serve on a federal jury unless that person has had his civil rights restored. *See also United States v. Arce*, 997 F.2d 1123, 1127 (5th Cir. 1993) (collecting cases upholding the constitutionality of the disqualification provision).

3. Have you ever served on a jury? If so, please state whether it was federal or state, civil or criminal, when and where the service occurred, whether the jury was able to reach a verdict, and whether you were the foreperson.

4. Have you or any member of your immediate family ever been involved in a lawsuit as a party to the suit or as a witness? If so, please state the nature of the suit, your involvement in the suit, the result, and when and where the suit occurred.

5. Have you ever testified before a grand jury or appeared as a witness in a criminal case? If so, when and where did you appear as a witness and what was the nature of your testimony?

6. Have you or anyone in your immediate family been employed by the federal government? If so, please state what the employment was and when and where it occurred.

7. This case was investigated by the Federal Bureau of Investigation ("FBI") and the Drug Enforcement Administration ("DEA").

    a. Have you or any members of your family, or any of your close friends, to the best of your knowledge, had any negative experiences with FBI or DEA?

    b. Is there anything about the FBI or DEA that would prevent you from being fair and impartial in this case?

    c. You may hear testimony from law enforcement agents. It is expected that the Judge will instruct you that you should consider the testimony of such agents in the same manner as you consider the testimony of any other witness.

Would the fact that a witness works for a law enforcement agency affect your ability to consider his or her testimony in the same manner as the testimony of any other witness?

8. Have you ever had any legal training, attended any law courses, or ever worked in a law office? If so, please state the circumstances.

9. Do you have any close friends or relatives who are prosecutors or criminal defense attorneys? If so, is there anything about your relationships with these people that would prevent you from being fair and impartial in this case?

10. Have you or any member of your immediate family or any close friends ever filed a claim or case against the federal government or had a legal dispute with the federal government? If so, please state the nature of the claim or dispute, any resolution of the matter and when and where the dispute occurred.

 a. Was there anything about those proceedings or the circumstances leading up to them that you found upsetting or troubling?

 b. Was there anything about those proceedings that left you with bad feelings about the federal government, or would prevent you from being fair and impartial in this case?

11. The defendant is charged with drug trafficking crimes. Is there anything about the nature of these charges that might affect your ability to be fair and impartial?

12. There may be evidence in this case consisting of tape recordings of conversations taking place over telephones through the use of court-authorized

3

electronic devices commonly known as "wiretaps." Do any of you have any concerns or objections about the use of such evidence that might prevent you from fairly considering it at trial?

13. One or more of the witnesses called by the United States to testify in this case will be testifying under plea agreements, which means an agreement in which they will receive or hope to receive a reduced sentence in exchange for cooperating with the government. Do you have any feelings or beliefs about witnesses testifying under plea agreements that would make it difficult for you from being fair to either party in this case?

14. Do you advocate, or are you a member of any organization that advocates, the legalization or decriminalization of narcotics?

15. At various times during the case, the Court will instruct you about the applicable law. It is your obligation to follow the Court's instructions about the law whether you agree with the law or not. If you were to find that you disagreed with the law as given to you by this Court, would you still be able to follow that law and reach a verdict by applying the law to the evidence?

16. Do you hold any philosophical, religious, or ethical beliefs that would make it difficult for you to sit in judgment of another person?

17. Is there any other circumstance that would affect your ability to be a fair and impartial juror in this case?

Dated: April 27, 2015                                    Respectfully submitted.

ZACHARY T. FARDON
United States Attorney

By:   */s/ John Kness*
NATHALINA A. HUDSON
JOHN KNESS
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300