UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13 CR 783 |
| vs. | ) | Judge Matthew F. Kennelly |
| | ) | |
| LEONEL MONARREZ | ) | |
| | ) | |
| | ) | |

**GOVERNMENT'S LIST OF POTENTIAL WITNESSES, AND PERSONS WHO WILL BE SITTING AT COUNSEL'S TABLE**

The UNITED STATES OF AMERICA, by its attorney, Zachary T. Fardon, the United States Attorney for the Northern District of Illinois, Eastern Division, respectfully submits this Government's List of Potential Witnesses, and Persons Who Will Be Sitting at Counsel's Table. This list includes those individuals who the government presently expects to call as witnesses, as well as other individuals that the government may call if necessary.

1

## WITNESS LIST

1. Sprint Custodian
2. William Roecker, FBI
3. Martha Salazar, Linguist, FBI
4. Juan De La Cruz, FBI
5. Robert Fergus, DEA
6. Jose De Jesus Ramirez-Padilla
7. David Ostrow, FBI
8. Robert Coleman, DEA

## PERSONS WHO WILL BE SITTING AT COUNSEL'S TABLE

1. Nathalina A. Hudson
2. John Kness
3. Special Agent Robert Fergus

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: /s/ Nathalina A. Hudson
   NATHALINA A. HUDSON
   John Kness
   Assistant United States Attorneys
   219 South Dearborn Street
   Chicago, Illinois 60604
   (312) 353-1123