**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| Plaintiff | ) | Case No:   13 CR 783-1 |
| | ) | |
| v. | ) | |
| | ) | Judge: Matthew F. Kennelly |
| Leonel Monarrez | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## **ORDER**

Voir Dire Begun on 5/11/2015. Jury selection concluded. Jury Trial continued to 5/12/2015 at 9:45 a.m.


(6:00)




Date: 5/11/2015                                                         /s/ Matthew F. Kennelly